# EXHIBIT A



# Superior Court of Alameda County Public Portal

**24CV087673** G., et al. vs EPIC GAMES, INC., et al.

**Civil Unlimited** (Other Personal Injury/Propert...)

Rene C. Davidson Courthouse / DEPT 21 - HON. Noël Wise

Filed: 08/16/2024

Next Hearing: 08/18/2025 Initial Case Management Conference

**Document Download**

**Pay Fees**

## Case Summary

**Register of Actions**   Participants   Future Hearings

| Date | Message | Category | Download |
|---|---|---|---|
| 08/16/2024 | Complaint<br>Filed by: A. G. (Minor); MELISSA BLACK (Guardian Ad Litem)<br>As to: EPIC GAMES, INC. (Defendant); MICROSOFT CORPORATION (Defendant); MOJANG A.B. (Defendant) et al. | Document | ⬇ |
| 08/16/2024 | Civil Case Cover Sheet<br>Filed by: A. G. (Minor); MELISSA BLACK (Guardian Ad Litem)<br>As to: EPIC GAMES, INC. (Defendant); MICROSOFT CORPORATION (Defendant); MOJANG A.B. (Defendant) et al. | Document | ⬇ |
| 08/16/2024 | Notice of Case Management Conference<br>Filed by: Clerk | Document | ⬇ |
| 08/16/2024 | The case is placed in special status of: Provisionally Complex – Case Type | Case | |
| 08/16/2024 | The case is placed in special status of: No Guardian Ad Litem | Case | |
| 08/19/2024 | Initial Case Management Conference scheduled for 12/16/2024 at 08:30 AM in Rene C. Davidson Courthouse at Department 21 | Event | |
| 08/19/2024 | Complex Determination Hearing scheduled for 09/17/2024 at 02:30 PM in Rene C. Davidson Courthouse at Department 21 | Event | |
| 08/19/2024 | Application for Appointment of Guardian Ad Litem - Civil and Family Law (CIV-010/FL-935)<br>Filed by: MELISSA BLACK (Guardian Ad Litem)<br>As to: A. G. (Minor) | Document | ⬇ |
| 08/19/2024 | Order Order Appointing Guardian Ad Litem - Civil and Family Law<br>Received from: MELISSA BLACK (Guardian Ad Litem)<br>As to: A. G. (Minor) | Document | ⬇ |
| 08/19/2024 | Updated -- Application for Appointment of Guardian Ad Litem - Civil and Family Law (CIV-010/FL-935):<br>Result: Granted<br>Result Date: 09/17/2024 | Document | ⬇ |
| 08/19/2024 | Case assigned to Hon. Noël Wise in Department 21 Rene C. Davidson Courthouse | Assignment | |
| 09/13/2024 | Tentative Ruling Published for 09/17/2024 2:30 PM Complex Determination Hearing} | Tentative Ruling | |

| Date | Message | Category | Download |
|---|---|---|---|
| 09/17/2024 | Notice of Case Reassignment (Civil)<br>Filed by: Clerk | Document | ⬇ |
| 09/17/2024 | Initial Case Management Conference Order<br>Signed and Filed by: Clerk | Document | ⬇ |
| 09/17/2024 | Case reassigned to Rene C. Davidson Courthouse in Department 21 - Hon. Noël Wise<br>Reason: Other | Assignment | |
| 09/17/2024 | Initial Case Management Conference scheduled for 08/18/2025 at 01:30 PM in Rene C. Davidson Courthouse at Department 21 | Event | |
| 09/17/2024 | The case is placed in special status of: Deemed Complex | Case | |
| 09/17/2024 | Updated -- Initial Case Management Conference Order:<br>Status changed from Signed and Filed to Filed | Document | ⬇ |
| 09/17/2024 | Updated -- Initial Case Management Conference Order:<br>Status changed from Filed to Signed and Filed | Document | ⬇ |
| 09/17/2024 | Minute Order (Complex Determination Hearing) | Minute Order | ⬇ |
| 09/17/2024 | Order re: Complex Determination Hearing<br>Signed and Filed by: Court | Document | ⬇ |
| 09/17/2024 | Order Order Appointing Guardian Ad Litem - Civil and Family Law<br>Signed and Filed by: MELISSA BLACK (Guardian Ad Litem)<br>As to: A. G. (Minor) | Document | ⬇ |
| 09/17/2024 | Complex Determination Hearing scheduled for 09/17/2024 at 02:30 PM in Rene C. Davidson Courthouse at Department 21 updated:<br>Result Date to 09/17/2024<br>Result Type to Held | Event | |
| 09/17/2024 | Initial Case Management Conference scheduled for 12/16/2024 at 08:30 AM in Rene C. Davidson Courthouse at Department 21 Not Held - Rescheduled by Court was rescheduled to 08/18/2025 01:30 PM | Event | |
| 09/17/2024 | The case is removed from the special status of: No Guardian Ad Litem | Case | |

| Date | Message | Category | Download |
|---|---|---|---|
| 09/18/2024 | Summons on Complaint<br>Issued and Filed by: A. G. (Minor); MELISSA BLACK (Guardian Ad Litem)<br>As to: EPIC GAMES, INC. (Defendant); MICROSOFT CORPORATION (Defendant); MOJANG A.B. (Defendant) et al. | Document | ⬇ |

Terms of Service

Contact Us

About this Site

Copyright © Journal Technologies, USA. All rights reserved.